IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGEL PABON** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **SUPERINTENDENT, S.C.I.** | : | |
| **MAHANOY,** *et al.* | : | NO. 07-4199 |

**O R D E R**

**AND NOW**, this 6th day of November, 2014, upon consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, the documents filed by petitioner in support thereof, and respondent's opposition thereto, and following an evidentiary hearing and oral argument, for reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that:

    1. The Petition for Writ of Habeas Corpus is **DISMISSED** as time-barred;

    2. A certificate of appealability shall not issue since, for the reasons set forth in the accompanying Memorandum, petitioner has failed to show that a reasonable jurist could conclude that the Court is incorrect in dismissing the petition as time-barred.

BY THE COURT:

    s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE